# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

138382

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 138382
                                 COA: 286517
                                 Wayne CC: 03-011072

LESLIE GORDON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 14, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court with directions to correct the judgment of sentence to specify that defendant's convictions and sentences for three of the four counts of first-degree murder are supported by two theories:  premeditated murder and felony murder.  MCR 7.302(G)(1).  *People v Bigelow*, 229 Mich App 218, 222 (1998), lv den 459 Mich 898 (1998).  In all other respects, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

s0921